**Perry V. DOUGLAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61397.**

Missouri Court of Appeals,
Western District.

June 10, 2003.

Ellen H. Flottman, Columbia, MO, for Appellant.

John M. Morris, Jefferson City, MO, for Respondent.

Before HARDWICK, P.J.,
BRECKENRIDGE and SPINDEN, JJ.

**ORDER**

PER CURIAM.

Perry Douglas appeals the denial of his Rule 29.15 motion following an evidentiary hearing. For reasons set forth in the Memorandum provided to the parties, we affirm. Rule 84.16(b).

**Michael Wayne LEWIS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61515.**

Missouri Court of Appeals,
Western District.

June 10, 2003.

Andrew Allen Schroeder, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and EDWIN H. SMITH, JJ.

*Order*

PER CURIAM.

Michael W. Lewis appeals the denial of his Rule 24.035 motion in the Circuit Court of Lafayette County. Lewis pleaded guilty to possession of methamphetamine, a controlled substance, § 195.202, RSMo 2000, for which he was sentenced to seven years of imprisonment. His motion for post-conviction relief was denied without an evidentiary hearing. We affirm the denial of his motion. Rule 84.16(b).